**DISMISSED and Opinion Filed June 4, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00442-CV**

_____

**IN RE JAMES H. GENTRY, Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81623-2007, 199-81624-2007,**
**199-81625-2007, 199-81626-2007 & 199-81627-2007**

## MEMORANDUM OPINION ON REHEARING

Before Justices Pedersen, III, Carlyle, and Garcia
Opinion by Justice Garcia

In this original proceeding, James H. Gentry filed a petition for writ of

mandamus requesting the Court to compel the trial court to rule on his motion for

order nunc pro tunc to correct the trial court's judgments. After the Court initially

denied relief, relator filed an amended petition and requested rehearing. The Court

granted relator's motion for rehearing and requested a response from the respondent

and real party in interest. The State, as real party in interest, has filed a response

contending this proceeding is moot because the trial court has issued an April 26,

2021 order denying relator's motion.

The trial court's order denying relief gives to relator all the mandamus relief he is seeking and is entitled to, thus rendering this proceeding moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (original proceeding); *In re Harvey*, No. 05-16-00155-CV, 2016 WL 1019377, at *1 (Tex. App.—Dallas Mar. 15, 2016, orig. proceeding) (mem. op.). The proper course of action is to dismiss the proceeding. *See Bonilla*, 424 S.W.3d at 534; *In re Metropolitan Lloyds Ins. Co.*, 227 S.W.3d 785, 786 (Tex. App.—Dallas 2006, orig. proceeding) (mem. op.).

Accordingly, we dismiss this original proceeding as moot.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

200442F.P05